IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PATTIE A. COXEY,                    )
                                    )        CIV. S-09-2530 GEB EFB
                Plaintiff,          )
                                    )
        v.                          )
                                    )        ORDER
MICHAEL J. ASTRUE,                  )
Commissioner of Social Security,    )
                                    )
                Defendant.          )
_____)

        Both parties have filed their consent to proceed before the

Magistrate Judge for all purposes. See 28 U.S.C. §636(c). If the

Magistrate Judge accepts the referral, this action is reassigned to

the Magistrate Judge on the date this Order is filed.  See Local Rule

305(b) (prescribing "notwithstanding the consent of all parties, the

[United States District] Judge or Magistrate Judge may reject the

referral.")

Dated:  May 24, 2010

                                    _____
                                    GARLAND E. BURRELL, JR.
                                    United States District Judge

1

ACCEPTANCE OF REFERRAL

Pursuant to the parties' consent and the approval of the United States District Judge, I accept reassignment of this action for all further proceedings, including entry of final judgment.   All documents hereafter filed shall be denominated as CIV S-09-2530 EFB.

IT IS SO ORDERED.

DATED:  May 24, 2010

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE