IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

PATTIE A. COXEY                                            Civil No. 09-2530-EFB

    Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY            ORDER

    Defendant.

After considering the Plaintiff's and Commissioner's STIPULATION EXTENDING PLAINTIFF'S TIME TO FILE RESPONSE TO DEFENDANT'S MEMORANDUM IN SUPPORT OF DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION TO ALTER OR AMEND JUDGMENT , it is hereby ORDERED that an extension to and including December 12, 2011 be granted.

IT IS SO ORDERED this 5th day of December, 2011.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE